writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Jeff A. Robertson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Newton K. Fox* for respondent.

No. 335. AETNA INSURANCE CO. *v.* JEFFCOTT. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. D. Roger Englar, Leonard J. Matteson,* and *George S. Brengle* for petitioner. *Messrs. George C. Sprague* and *John Tilney Carpenter* for respondent.

No. 339. NEW ROCHELLE *v.* WESTCHESTER ELECTRIC RAILROAD CO. ET AL. October 12, 1942. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Charles S. Rhyne* for petitioner. *Mr. Alfred T. Davison* for respondents.

No. 340. DOEHLER METAL FURNITURE CO., INC. *v.* WARREN, COMPTROLLER GENERAL. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Nathan Boone Williams* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for respondent.

No. 341. PACIFIC SOUTHWEST REALTY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John B. Milliken,*

*L. A. Luce,* and *Claude I. Parker* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 344. CONTINENTAL DISTILLING CORP. *v.* CONNECTICUT IMPORTING Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Raymond E. Hackett* for petitioner. *Messrs. Arthur Klein* and *David S. Day* for respondent.

No. 345. NATIONAL HOSPITAL SERVICE SOCIETY, INC. *v.* JORDAN, SUPERINTENDENT OF INSURANCE. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Cornelius H. Doherty* for petitioner. *Messrs. Richmond B. Keech* and *Vernon E. West* for respondent.

No. 347. KALB *v.* YELLOW MANUFACTURING ACCEPTANCE CORP. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Elmer McClain* for petitioner. *Mr. David Charness* for respondent.

No. 351. STEIN ET AL. *v.* DELANO, COMPTROLLER OF THE CURRENCY, ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Saul J. Zucker* and *Lionel P. Kristeller* for petitioners. *Mr. John F. Anderson* for respondents.